```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JEFFERY T. ALBANEZE, ET AL.,

          Plaintiffs,

   - against -

MARK D. BIEGEL, ET AL.,

          Defendants.

23-cv-7197 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiffs are directed to file an amended complaint by **October 20, 2023.** The defendants' time to move or answer is **November 10, 2023.**

The plaintiffs must respond to any motion by **November 28, 2023.** The defendants' time to reply is **December 8, 2023.**

If the defendants answer, the parties are directed to file a Rule 26(f) report by **November 28, 2023.**

SO ORDERED.

Dated:   New York, New York
         October 3, 2023

                                 /s/ John G. Koeltl
                                John G. Koeltl
                           United States District Judge