UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY T. ALBANESE,

                Plaintiff(s)

      -against-

MARK D. BIEGEL,

                Defendant(s).
------------------------------------------------------------X

23 civ 7197 (JGK)

## ORDER

A motion to dismiss pending before this Court,

The conference scheduled for December 7, 2023, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 28, 2023