```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JEFFERY T. ALBANEZE, ET AL.,

        Plaintiffs,

  - against -

MARK D. BIEGEL, ET AL.,

        Defendants.

23-cv-7197 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs' time to file a motion to dismiss the defendants' counterclaims is **February 16, 2024**. The defendants must respond by **March 1, 2024**. The plaintiffs' time to reply is **March 13, 2024**.

SO ORDERED.

Dated:    New York, New York
            January 23, 2024

                                            /s/ John G. Koeltl
                                           John G. Koeltl
                                    United States District Judge