UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFERY T. ALBANEZE, ET AL.,

        Plaintiffs,

- against -

MARK D. BIEGEL, ET AL.,

        Defendants.

23-cv-7197 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss counterclaims. ECF No. 43.

SO ORDERED.

Dated:    New York, New York
           March 14, 2024

                                              John G. Koeltl
                                     United States District Judge