UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY T. ALBANEZE, ET AL.,

                      Plaintiffs,

       - against -

BDO USA, P.A.,

                  Defendant.

23-cv-7197 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **July 24, 2024,** at **11:30 a.m.** for oral argument on the pending motion to dismiss.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          July 16, 2024

                              John G. Koeltl
                  United States District Judge