**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JEFFERY T. ALBANEZE, et al.,

               Plaintiff,

               -against-

MARK D. BIEGEL, et al.,

               Defendants.

------------------------------------------------------------x

23-CV-7197 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Tuesday, September 17, 2024 at 11:00 a.m.**  The dial in information is (866) 390-1828, access code 1582687.

       **SO ORDERED.**

                                                       *s/ Ona T. Wang*

Dated: August 14, 2024                             **Ona T. Wang**
       New York, New York               United States Magistrate Judge