UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEFFERY T. ALBANEZE, ET AL.,                    23-cv-7197 (JGK)

                        Plaintiffs,            ORDER

            - against -

BDO USA, P.A.,

                        Defendant.
_____

JOHN G. KOELTL, District Judge:

     The plaintiffs are directed to provide the Court with paper

courtesy copies of all papers filed in connection with the fully

briefed motion for reconsideration (ECF No. 63).

SO ORDERED.

Dated:    New York, New York
          September 11, 2024

                                        John G. Koeltl
                              United States District Judge