**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JEFFERY T. ALBANEZE, et al.,

                Plaintiffs,

                -against-

BDO USA, P.C.,

                Defendants.
------------------------------------------------------------x

23-CV-7197 (JAV) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to meet and confer and file a joint status letter on the docket by **Monday, January 6, 2025**, identifying all outstanding issues. The parties' letter should note whether these issues require briefing, and, if so, include a proposed briefing schedule.

      **SO ORDERED.**

Dated: December 20, 2024
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge