**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JEFFERY T. ALBANEZE, et al., :
:
                Plaintiffs, :        23-CV-7197 (JAV) (OTW)
:
              -against- :        **ORDER**
:
BDO USA, P.C., :
:
              Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 92.

Defendant's operative counterclaim (ECF 25) names David Albaneze and Atlantic Edge Private Wealth Management, LLC, ("Atlantic") as counterclaim defendants. Defendant belatedly sought issuance of summonses upon David Albaneze and Atlantic. (ECF Nos. 85, 86). It is unclear from the docket whether Defendant has corrected the deficiencies that the Clerk's Office identified with respect to these filings. (*See* Docket). Meantime, Plaintiffs have asserted that Defendant is barred from requesting issuance of the summonses altogether. (*See* ECF 87).

If Plaintiffs seek a ruling on **whether Defendant may seek issuance of summonses upon David Albaneze and Atlantic**, they are directed to brief **that issue only** according to the following schedule:

- Plaintiffs will file a letter brief, not to exceed three single-spaced pages, by **Friday, January 24, 2025**.

- Defendant's opposing letter brief, also limited to three single-spaced pages, is due **Friday, January 31, 2025**.

- There shall be no replies.

All other briefing in this action is **STAYED**, as it is not clear that other issues identified in ECF Nos. 87 and 92 are ripe.

**SO ORDERED.**

Dated: January 13, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge