**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JEFFERY T. ALBANEZE, MATTHEW B.
COCHRAN, and KAITLYN P. WEATHERLY,

            Plaintiffs and Counterclaim-Defendants,

        -against-

BDO USA, P.C.,

            Defendant and Counterclaim-Plaintiff.
------------------------------------------------------------x
BDO USA, P.C.,

            Third-Party Plaintiff,

        -against-

DAVID ALBANEZE and ATLANTIC EDGE
WEALTH MANAGEMENT,

            Third-Party Defendants.
------------------------------------------------------------x

23-CV-7197 (JAV) (OTW)

**ONA T. WANG**, **United States Magistrate Judge**:

A status conference was held in this action on May 13, 2025. As discussed at the conference:

- The parties Rule 26(f) Report is due **Tuesday, May 20, 2025**;

- Third-Party Defendants will file their anticipated motions to dismiss the Third-Party Complaint by **Friday, May 30, 2025**;

- Third-Party Plaintiff's opposition is due **Friday, June 20, 2025**;

- Third-Party Defendants' replies are due **Tuesday, July 8, 2025**; and

- The fact discovery deadline is extended to **Wednesday, September 10, 2025**, without prejudice to further extension.

On September 12, 2024, Plaintiffs requested permission to file a motion to compel Defendant to produce certain documents in accordance with the discovery schedule in place at that time. (ECF 74). Plaintiffs have since twice renewed their request. (ECF Nos. 87, 92). Because the fact discovery deadline has been extended to September 10, 2025, and because the parties will soon submit a new discovery schedule, Plaintiffs' requests to file a motion to compel, at ECF Nos. 74, 87, and 92, are **DENIED**.

The Clerk of Court is respectfully directed to close ECF 74.

**SO ORDERED.**

Dated: May 14, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge