**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
JEFFERY T. ALBANEZE, et al.,                           :
                                                       :
                Plaintiffs,                            :     23-cv-7197 (JAV) (OTW)
                                                       :
        -against-                                      :     ORDER
                                                       :
MARK B. BIEGEL, et al.,                                :
                                                       :
                Defendants.                            :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, October 09, 2025 at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: September 3, 2025 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |