**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
JEFFERY T. ALBANEZE, et al.,                                :
                                                            :
               Plaintiffs,                                      :          23-cv-7197 (JAV) (OTW)
                                                            :
             -against-                                        :          **ORDER**
                                                            :
MARK B. BIEGEL, et al.,                                     :
                                                            :
               Defendants.                                      :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed the parties' November joint status letter, (ECF 188), and a separate letter motion by Third-party Counterclaim Defendant Dave Albaneze ("Albaneze"). (ECF 189). As both ECF 188 and ECF 189 make the same request for leave to serve contention interrogatories, the Court will first address the other requests for relief in the joint status letter and then address ECF 189 separately.

       First, the request to submit a joint letter on the status of Mr. Berson's deposition by **December 19, 2025**, is **GRANTED**. Additionally, Defendant BDO informed the Court that they intend to file a motion to compel Plaintiffs and/or Albaneze to compel production of discovery which BDO alleges has been deficient. (*See* ECF 188 at 3). BDO may make a motion to compel as a **letter motion** and need not file a premotion letter. The following schedule shall apply: BDO's letter motion to compel is due **December 12, 2025**; opposition is due **January 19, 2026**. There will be no replies.

Turning to ECF 189, this is not Albaneze's first request to serve contention interrogatories. At the October 9 status conference, Albaneze first sought leave of the court to serve contention interrogatories in support of his motion to dismiss, (ECF 143), along with a request to stay all discovery. (*See* ECF Nos. 166, 185). That application was denied.[1] Instead, the Court directed him to raise the issue of the interrogatories in a letter motion to stay discovery. (ECF 185 at 21). Albaneze ultimately moved to stay only depositions and did not request any other relief. (ECF 176). He now makes a second application seeking the Court's leave, pursuant to Local Rule 33.3(b)(2), to serve contention interrogatories. (ECF 189). BDO does not seem to object to service of the interrogatories.[2] However, Albaneze has not chosen to do so under Local Rule 33.3(b)(1), which requires he assert that he cannot obtain the information any other way. Rather, he appears to prefer to simply seek leave of the Court. That leave is **DENIED**.

The Clerk of Court is respectfully directed to close ECF 189.

**SO ORDERED.**

Dated: November 26, 2025
      New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge

---

[1] **THE COURT:** Wait. You just wanted to stay discovery. How do you stay discovery and seek discovery at the same time?
**MR. FENLON:** Because I want to get my client out of this case in which he does not belong and right now—
**THE COURT:** --did he file a motion to dismiss?
**MR. FENLON:** He did.
**THE COURT:** Is this an appropriate subject for supplementing the motion to dismiss?
**MR. FENLON:** No.
**THE COURT:** No.
(ECF 185 at 20).

[2] "It is not BDO's role to inform Dave Albaneze what discovery to serve, review draft discovery requests, or indicate how BDO will respond to discovery that is not yet served." (ECF 188 at 3).